UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   : Honorable Dennis M. Cavanaugh

v.   : Criminal No. 96-726-01

HESS OIL VIRGIN ISLAND CORP.   :   O R D E R

This Court having entered an Order on December 10, 1996, for the deposit of a sum of money with the Court;

Pursuant to that Order, the Clerk of the Court having opened an account in the name of "HESS OIL VIRGIN ISLANDS" and having caused deposits to be made into that account; and

The Virgin Islands Department of Public Works and the Virgin Islands Department of Planning and Natural Resources having jointly submitted a plan to utilize $71,660.54 of these funds to implement a plan for on-island management of used oil and solid and hazardous waste and the upgrade of the Bovoni and Anguilla Landfills,

Now, THEREFORE, it is on this 12 day of ~~February~~ March 2010,

ORDERED, that the Clerk shall withdraw the sum of $71,660.54 with interest from the Registry of this Court from funds in the HESS OIL VIRGIN ISLANDS account and shall transfer those funds by drawing a check made payable to the "Virgin Islands Department of Public Works/Virgin Islands Department of Planning and Natural Resources", and shall deliver that check to the United States Attorney for the District of New Jersey;

IT IS FURTHER ORDERED that a certified copy of this Order shall be served personally upon the Clerk of this Court, the Chief Deputy Clerk, or the Chief Financial Deputy Clerk.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge